IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>$447.00 IN UNITED STATES CURRENCY, et. al.,<br><br>  Defendant. | Civil Action No.<br><br>3:21-cv-00213-LMM |

### Order

Having read and considered the government's **Motion to Unseal Search and Seizure Warrants and Applications** and for good cause shown,

It is hereby ORDERED that the **Search and Seizure Warrants and Applications** be unsealed.

SO ORDERED this  29th day of September, 2025.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE

Presented by:
Jeffrey A. Brown, Assistant United States Attorney